United States District Court
Western District of Texas, Midland-Odessa Division

| | |
|---|---|
| United States of America,<br>   Plaintiff<br><br>v.<br><br><br>Erica MINJAREZ,<br>   Defendant | Cause No. 7:18-CR-00018-DC(1) |

**Entry of Appearance**

To: The clerk of court and all parties of record

I, Kathryn Dyer, clinical professor and supervising attorney at the University of Texas Law Criminal Defense Clinic, am admitted and authorized to practice in this court, and I appear in the above-captioned case as counsel for Erica Minjarez.

Date: October 27, 2020

_____
Kathryn Dyer
Supervising Attorney
UT Criminal Defense Clinic
727 E. Dean Keeton St.
Austin, TX 78705
Phone: 512.232.1300
Email: kdyer@law.utexas.edu